210 So.2d 51

**William M. CAIN et al.**

**v.**

**RAPIDES DODGE, INC.**

No. 49215.

May 17, 1968.

In re: Rapides Dodge, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 207 So.2d 918.

Writ refused. On the facts found by the Court of Appeal there is no error of law.

210 So.2d 51

**Cleveland GUILLOTTE et ux.**

**v.**

**FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY.**

No. 49217.

May 17, 1968.

In re: Cleveland Guillotte and Beulah Mae Guillotte applying for certiorari or writ of review; to the Court of Appeal, Third Circuit, Parish of Acadia. 207 So.2d 783.

Application is not considered. It was not timely filed. See Art. VII, Sec. 11, La. Constitution.